JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ALLEN, an individual, | Case No.: CV 23-8816-MWF(PVCx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| CITY OF PASADENA POLICE DEPARTMENT, a government entity; and COUNTY OF LOS ANGELES WOMEN'S JAIL FACILITY, a government entity; DIEGO DURAN JARA, individually, jointly, severally, and in his official capacity as a City of Pasadena Police Officer; MATTHEW MORGAN, individually, jointly, severally, and in his official capacity as a City of Pasadena Police Officer; and DOES 1 through 100, inclusive, | |
| Defendants. | |

///

///

///

- 1 -

ORDER GRANTING STIPULATION OF DISMISSAL

WGRNN7500D2YJ2

1  Before the Court is a Stipulation of Dismissal pursuant to Federal Rule of
2  Civil Procedure 41(a)(1)(A)(ii).  (Docket No. 5u7).  Having read and considered
3  the Stipulation, and good cause appearing therefore, IT IS ORDERED as follows:
4  All claims as against all parties in this action shall be and hereby are
5  dismissed, with prejudice, with each party to bear its own fees and costs.
6  **IT IS SO ORDERED.**

8  Dated:  June 23, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge